PETER MESSER, Appellant, v. MAX MONFRIED, Defendant, and LONG ISLAND DEPOT BUILDING CORPORATION and Another, Respondents.— In an action for an accounting, order granting motion of the corporate defendants to dismiss the amended complaint because it is insufficient as to them on the face thereof affirmed, with ten dollars costs and disbursements. (*Boag* v. *Thompson*, 208 App. Div. 132; *Koenigsberger* v. *Kahn*, 228 id. 658.) Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff, v. THE LOUIS FRIEDMAN REALTY CO., INC., Appellant, and Others, Defendants. FREDERICK S. BENSON, Receiver, Respondent.— Resettled order, settling, approving and confirming the account of the receiver to collect rents in a foreclosure action, affirmed, with ten dollars costs and disbursements. The matter having been remitted by this court to Special Term to take proof on the subject of the diligence of the receiver in his management of the property committed to his care, and particularly as to the collection of rents, now after consideration of the affidavits submitted to the Special Term, we are satisfied that the court at Special Term properly exercised its discretion in settling the receiver's account. We do not find that the receiver is chargeable, as a matter of law, with lack of diligence in the performance of his duties. The last paragraph in appellant's brief, on page 16, is struck from the record, as being improper. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur. [See 241 App. Div. 822.]

MONTAUK LUMBER CORPORATION, Respondent, v. KNOWLES H. SMITH and Another, Appellants.— Order in an action to recover for goods sold and delivered, denying defendants' motion to vacate a notice of examination before trial, affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.

EDWARD L. MOONEY, Appellant, v. I. WALTER & CO., INC., Respondent.— Order striking costs from the judgment in an action to recover damages for personal injuries caused by negligence and amending the judgment accordingly reversed on the law, with ten dollars costs and disbursements, motion denied, with ten dollars costs, and the amount of the costs as taxed reinstated in the judgment. (*Radomska* v. *Prudential Ins. Co.*, 240 App. Div. 1010.) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

JOHN MORETTI and Others, Copartners Doing Business under the Firm Name and Style of JOHN MORETTI & SONS, Respondents, v. THE HECKSCHER FOUNDATION FOR CHILDREN, Appellant.— Judgment in favor of plaintiffs in an action to recover for services rendered and material furnished in a construction contract unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.